

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2025

No. 04-25-00680-CV

**TRANSPORTES QUINTANILLA, S.A. DE C.V.**,
Appellant

v.

**CALAVO GROWERS, INC.**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH000785-D4
Honorable David E. Garcia, Judge Presiding

**ORDER**

Sitting:     Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on November 19, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court